FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 28
CLERK 
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CANDICE RICHARDSON,  )  <br> ) <br> Claimant,  ) <br> ) <br> v.  ) <br> ) <br> CAROLYN W. COLVIN,  ) <br> *Acting Commissioner of*  ) <br> *Social Security,*  ) <br> ) <br> Defendant.  ) | Case No. CV612-019 |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of march, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA