FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAR 28

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

CANDICE RICHARDSON,

    Claimant,

v.

CAROLYN W. COLVIN,
*Acting Commissioner of Social Security*,

    Defendant.

Case No. CV612-019

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of march, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA